UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
HURLEY, ANTHONY J
HURLEY, TYLEA M
       Debtor(s)

CASE NO. 09-23630
Chapter 7

NOTICE OF DEPOSIT OF LESS THAN $5.00
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE J. PHILLIP KLINGEBERGER:

    Comes now Gordon E. Gouveia, Trustee and applies to the Court as follows:

    1. I am the Trustee for the estate of the above-named Debtor(s).

    2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

        Clm #4 Unity Physicians Group-EPBR, c/o Lucas, Holcomb & Medrea
        P. O. Box 10626, Merrillville, IN 46411        $ 3.18

    3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

    4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly, I am tendering herewith my Check No 110 in the amount of $3.18, payable to the Clerk, U.S. Bankruptcy Court.

Dated in Merrillville, IN on July 6, 2011

        /s/ Gordon E. Gouveia
        Gordon E. Gouveia, Trustee
        433 W. 84th Drive
        Merrillville, IN 46410
        (219) 736-6020

CERTIFICATE OF SERVICE

    I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
  Unity Physicians Group-EPBR, c/o Lucas, Holcomb & Medrea, P. O. Box 10626, Merrillville, IN 46411

Dated: July 6, 2011        /s/ Gordon E. Gouveia
                              Gordon E. Gouveia, Trustee